United States District Court
Southern District of Texas
**ENTERED**
July 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DEBORAH SWAN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-02727** |
| | § | |
| **MICHAEL ATKINS, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

# ORDER

This case was filed on April 6, 2026. The Court granted Plaintiff *In Forma Pauperis* status on April 8, 2026, waiving the filing fee and ordering the United States Marshal to serve the summons and complaint on the defendants (ECF No. 5). However, it remains Plaintiff's responsibility to complete the summons form with Defendants' names and addresses. Without a summons for each defendant, the U.S. Marshal cannot complete service. Plaintiff therefore must provide the Clerk's office with a completed summons and USM-285 Form for each defendant. The summons can be found at www.uscourts.gov and the USM-285 can be found at www.usmarshals.gov. The United States District Clerk's office is located inside the Bob Casey Federal Courthouse, 515 Rusk Ave., Ste. 5300, Houston, TX 77002. The Clerk's office can be reached at 713-250-5500.

Because Plaintiff has not yet served Defendants, the Court has rescheduled the initial for September 17, 2026 at 1:30 p.m., via telephone. *See* ECF No. 7.

The Court further **ORDERS** that Plaintiff successfully serve Defendants by August 10, 2026, or else it will dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 17, 2026.

Keith P. Ellison
United States District Judge